COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| SIERRA CLUB, | § | |
| Appellant, | § | No. 08-13-00003-CV |
| v. | § | Appeal from the |
| ANDREWS COUNTY, TEXAS, ANDREWS INDUSTRIAL FOUNDATION, AND ANDREWS CHAMBER OF COMMERCE, | § | 109th Judicial District Court |
| | § | of Andrews County, Texas |
| | § | (TC# 18,881) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment denying Appellant's motion to dismiss and render judgment granting the motion to dismiss and award Appellant attorney's fees and costs as follows: $49,980 in legal fees, $9,001.62 in expenses, $7,500 in appellate attorney's fees, and $17,000 in appellate attorney's fees if Appellant prevails in the Supreme Court of Texas.

It is further ordered that the issue of sanctions is remanded to the trial court for further proceeding, in accordance with this Court's opinion.

We further order that Appellant recover from Appellees and their sureties, if any, *see* TEX.R.APP.P. 43.5, all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF DECEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.